# EXHIBIT A

Case 1:23-cv-20262-BB   Document 1-1   Entered on FLSD Docket 01/23/2023   Page 2 of 14

PHUDSON

APPLC

**PACIFIC LIFE INSURANCE COMPANY**
Life Insurance Operations Center
P O Box 6390   Newport Beach  CA 92658-6390
(800) 347 7787


**PACIFIC LIFE**

## APPLICATION FOR LIFE INSURANCE, PART I

| SECTION A | CLIENT INFORMATION | | | |
|---|---|---|---|---|
| **PROPOSED INSURED** Complete for all Life Insurance Policies | 1 Name of Proposed Insured  First  MI  Last<br>Judith A Weiser | | | 2 Sex<br>☐ Male ☒ Female |
| | 3 Date of Birth<br>-33 | 4 Age (Nearest birthday)<br>73 | 5 Place of Birth (State/Country)<br>OHIO | 6 Soc. Sec. # |
| | 7 Driver's License # & State | 8 Telephone # (include area code)<br>N/A | 9 E-mail Address<br>N/A | |
| | 10 Address  Street    City    State   Zip Code | | | 11 How Long<br>10+ |
| | 12 Employer Name & Address (Street, City State Zip Code)<br>N/A | | | 13 How Long |
| | 14 Occupation<br>N/A | | 15 Type of Business | |
| **PROPOSED ADDITIONAL INSURED** Complete for a Second-to-Die Life Insurance Policy or for a Term Rider on Another Covered Person for an Individual Life Insurance Policy<br>N/A | 16 Name of Additional Proposed Insured  First  MI  Last | | | 17 Sex<br>☐ Male ☐ Female |
| | 18 Date of Birth | 19 Age (Nearest birthday) | 20 Place of Birth (State/Country) | 21 Soc. Sec. # |
| | 22 Driver's License # & State | 23 Telephone # (include area code) | 24 E-mail Address | |
| | 25 Address  Street    City    State   Zip Code | | | 26 How Long |
| | 27 Employer Name & Address (Street, City State Zip Code) | | | 28 How Long |
| | 29 Occupation | | 30 Type of Business | 31 Relationship to Insured |
| **OWNER** Complete only if Owner is other than the Insured(s)  If Trust, give name of trust, trustee and date of trust | 32 Name of Owner(s)<br>Judith A Weiser 2005 Family Trust dtd 12/12/05 | | | |
| | 33 Address Street<br>1100 N Market Street | City<br>Wilmington | State  Zip Code<br>DE    19890 | 34 Relationship to Insured(s)<br>Family Trust |
| | 35 Date of Birth | 36 Soc. Sec. # / Tax ID # | 37 Telephone # (include area code) | 38 E-mail Address |
| **PRIMARY BENEFICIARY** | 39 Name of Beneficiary<br>Judith A Weiser 2005 Family Trust | | | |
| | 40 Relationship to Insured(s)<br>Family Trust | | 41 Soc. Sec. # / Tax ID # | |
| **CONTINGENT BENEFICIARY** | 42 Name of Contingent Beneficiary<br>N/A | | | |
| | 43 Relationship to Insured(s)<br>N/A | | 44 Soc. Sec. # / Tax ID # | |
| **BENEFICIARY FOR INDIVIDUAL TERM RIDER** | 45 Name of Beneficiary for Individual Term Rider<br>N/A | | | |
| | 46 Relationship to Insured | | 47 Soc. Sec. # / Tax ID # | |

AP2001                                Page 1                                15-23217-11  05/2005

| SECTION A | CLIENT INFORMATION (Continued) | | | | | | |
|---|---|---|---|---|---|---|---|
| **PREMIUM NOTICES** | 48 Send Premium Notices to  ☐ Insured  ☒ Owner  ☐ Other (If other, give name, relationship, and address below) | | | | | | |
| | 49A. Name  *Same as #32* | | | | | B Relationship to Insured(s) | |
| | C Address  Street | | City | | | State  Zip Code | |
| | 50 Method & Frequency of Payment (Select One) | | | | | | |
| | A. Direct<br>☒ Annually<br>☐ Semi-Annually<br>☐ Quarterly | B ☐ Electronic Funds Transfer (EFT) (Monthly only) Attach voided check and complete EFT Authorization on page 10 | | C List Bill (3 or more policies)<br>☐ Annually<br>☐ Semi-Annually<br>☐ Quarterly<br>☐ Monthly | | D ☐ Single Premium | |
| **AMOUNT PAID WITH THIS APPLICATION** | 51A. Is an initial premium submitted with this application?    ☐ Yes  ☒ No<br>(Do not submit money unless the Temporary Insurance Agreement (TIA) is completed)<br>B If yes, show amount of initial premium and complete the    Amount $ ———<br>next question<br>C Do you understand, accept, and agree to the terms of the TIA?    ☐ Yes  ☐ No | | | | | | |
| **SPECIAL POLICY DATING** | 52A. ☐ Date to Save Age    ☐ Specific Date<br>If Specific Date is checked, give policy date    Month __10__/__13__/Day __05__  Year ____<br>B I understand that insurance charges and expenses begin on the Policy Date    ☐ Yes  ☐ No | | | | | | |
| **LIFE INSURANCE IN FORCE** | 53  Give details of all life insurance in force on any Proposed Insured  If none, check this box    ☐ | | | | | | |
| | Insured's Name | Company | | Policy Number | Face Amount | Year Issued | Will This Policy Be Replaced?<br>YES  NO |
| | Sherwood + Judith Weiser | Transamerica | | 924041916 | 3,500,00 | 92 | ☐  ☒ |
| | | | | | | | ☐  ☐ |
| | | | | | | | ☐  ☐ |
| | | | | | | | ☐  ☐ |
| **REPLACEMENT & 1035 EXCHANGE INFORMATION**<br>N/A | | | | | | | YES  NO |
| | 54 Will the policy applied for replace, cause a change in, or involve a cash withdrawal or loan from any life insurance or annuity on any Proposed Insured's life or in any life insurance or annuity owned by the Applicant?<br>If yes, give details in "Remarks" | | | | | | ☐  ☒ |
| | 55 Is this a 1035 exchange?  If yes, list the policies to be exchanged in "Remarks" | | | | | | ☐  ☒ |
| | 56 If a 1035 exchange, will a loan be carried over?  If yes, list in "Remarks" the policies and the loan amount(s) to be carried over | | | | | | ☐  ☒ |

REMARKS – IDENTIFY QUESTION AND GIVE DETAILS

AP2001    Page 2    15-23217-11  05/2005

| SECTION B | GENERAL INFORMATION | | | |
|---|---|---|---|---|
| **GENERAL INFORMATION** Complete each question for the Proposed and Additional Insured | | Proposed Insured | | Additional Insured |
| | 1  Annual earned income from occupation (After deduction of business expenses) | $ — | | $ |
| | 2  Other income (State source in "Remarks")   Household | $ 500 K-2mm | | $ |
| | 3  Net Worth | $ 750mm | | $ |

| | | Proposed Insured | | Additional Insured | |
|---|---|---|---|---|---|
| | | YES | NO | YES | NO |
| 4 | Do you contemplate leaving the USA for travel or residence? (If yes explain in "Remarks") | ☐ | ☑ | ☐ | ☐ |
| 5A. | Do you plan to fly or within the last 2 years have you flown, as a pilot, student pilot, or crewmember? | ☐ | ☑ | ☐ | ☐ |
| B | Do you plan to participate in, or within the last 2 years have you participated in parachute jumping scuba diving auto/motorboat/motorcycle racing, hang gliding, or mountain climbing? (If yes to A or B complete a separate General Questionnaire for each Proposed/Additional Insured) | ☐ | ☑ | ☐ | ☐ |
| 6 | Have you ever had insurance declined rated, modified cancelled, or not renewed? (If yes, explain in Remarks") | ☐ | ☑ | ☐ | ☐ |
| 7 | Have you been convicted of a felony within the past 5 years? (If yes, explain in Remarks") | ☐ | ☑ | ☐ | ☐ |
| 8 | Have you had a driver's license restricted or revoked or been convicted of 3 or more moving violations within the past 5 years? (If yes, explain in Remarks") | ☐ | ☑ | ☐ | ☐ |
| 9 | Have you applied for any other insurance within the last 3 months? (If yes, explain in "Remarks") | ☐ | ☑ | ☐ | ☐ |
| 10 | Have you smoked a cigarette in the last 12 months? (If yes, give date last smoked)  Date _____ | ☐ | ☑ | ☐ | ☐ |
| 11 | Have you used any other form of tobacco within the last 2 years? (If yes, give type and date last used)  Type _____ Date _____ | ☐ | ☑ | ☐ | ☐ |

| SECTION C | MEDICAL CERTIFICATION |
|---|---|
| **MEDICAL CERTIFICATION** Complete when submitting a medical examination of another insurance company   Subject to state regulation another insurance company's exam may be accepted if the primary/additional insured was examined within the past six months | 1  The attached examination is on the life of   Paclife provider |

| Proposed Insured | Additional Insured | Name of Insurance Company | Date of Examination |
|---|---|---|---|
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |
| ☐ | ☐ | | |

2  To the best of your knowledge and belief, are the statements in the examination true as of today?
   Proposed Insured    ☐ Yes  ☐ No   (If no, explain in Remarks)
   Additional Insured  ☐ Yes  ☐ No

3  Has the person who was examined consulted a doctor or other medical practitioner, or received medical or surgical advice since the date of the examination?
   Proposed Insured    ☐ Yes  ☐ No   (If yes, explain in Remarks)
   Additional Insured  ☐ Yes  ☐ No

**REMARKS – IDENTIFY QUESTION AND GIVE DETAILS**

N|A

| SECTION D | POLICY INFORMATION FOR VARIABLE LIFE INSURANCE | |
|---|---|---|
| **PRODUCT/PREMIUM** | 1  Product Name | 2  Planned Annual Premium $ |
| **DEATH BENEFIT** | 3  Face Amount (Base Only)  +  Initial Term (ART/APB/LSAPB) Amount  +  ABR Amount  =  Total Initial Coverage<br>$                                                 $                                                                $                                $ | |
| **DEATH BENEFIT OPTION** | 4  Check one   ☐ Option A   ☐ Option B   ☐ Option C (Face amount plus   ☐ Option D (Face amount multiplied by a<br>(Level)   (Increasing)   premiums less distributions)   death benefit factor) | |
| **OPTIONAL BENEFITS** | 5  Individual Life Insurance Products Only<br>  A ☐ Term Rider on Other Covered Person $_____<br>  B ☐ Accidental Death $_____<br>  C ☐ Children's Term _____ (units) (Complete Application Part 2 Non-Medical)<br>  D ☐ Disability Benefit $_____<br>  E ☐ Guaranteed Insurability $_____<br>  F ☐ Waiver of Charges (On Insured)<br>  G ☐ Other _____<br>  H ☐ Other _____ | 6  Second-to-Die Life Insurance Products Only<br>  A ☐ Individual Term Rider on the Proposed<br>      Insured $_____<br>  B ☐ Individual Term Rider on the Additional<br>      Insured $_____<br>  C ☐ Other _____<br>  D ☐ Other _____<br>  E ☐ Other _____<br>  F ☐ Other _____ |
| | 7  If any optional benefit applied for cannot be approved, should the policy be issued without it?   ☐ Yes ☐ No | |
| **REBALANCING**<br>(Optional)<br>Not available for Fixed Accounts | 8  I authorize Pacific Life Insurance Company (PL) to automatically rebalance the variable accounts to the allocation percentages shown in question 15<br>Start Date<br>_____   _____   _____<br>Month        Day      Year | Frequency<br>☐ Quarterly<br>☐ Semi-Annually<br>☐ Annually |
| **TELEPHONE & ELECTRONIC AUTHORIZATION**<br>(Optional) | 9  I authorize PL to act upon my telephone and/or electronic instructions for the following limited requests<br>Check all that apply<br>☐ Transfer Between Variable Investment Options   ☐ Initiate Dollar Cost Averaging   ☐ Initiate Policy Loans<br>☐ Rebalance Variable Investment Options           ☐ Change Future Premium Allocation Instructions | |
| | 10  I understand and agree that  Telephone and/or electronic transfers and allocation changes will be subject to the conditions of the policy, the administrative requirements of PL, and the provisions of the product's prospectus<br>☐ Yes  ☐ No | |
| **AUTHORIZATION FOR APPOINTMENT**<br>(Optional) | 11  To act on my behalf for the following limited requests, including any telephone and/or electronic requests I have authorized, I appoint<br>_____        _____<br>Print Name                                                           Soc  Sec  # or Producer Code<br>Check all that apply<br>☐ Transfer Between Variable Investment Options   ☐ Initiate Dollar Cost Averaging   ☐ Initiate Policy Loans<br>☐ Rebalance Variable Investment Options           ☐ Change Future Premium Allocation Instructions | |
| **ACKNOWLEDGEMENT**<br>To be completed by the Applicant. | All questions must be answered | YES  NO |
| | 12  Do you understand that the amount and duration of the death benefit may vary, depending on the investment performance of the variable investment options? | ☐   ☐ |
| | 13  Do you understand that the policy values may increase or decrease, depending on the investment experience of the variable investment options? | ☐   ☐ |
| | 14  Did you receive the separate account and fund prospectuses (bound together) for the policy applied for? If yes, give date below | ☐   ☐ |
| | Date of Separate Account & Fund Prospectuses _____ | |
| | POLICY VALUES MAY INCREASE OR DECREASE, AND MAY EVEN BE REDUCED TO ZERO AND CAUSE THE POLICY TO LAPSE WITHOUT VALUE, DEPENDING ON THE EXPERIENCE OF THE VARIABLE INVESTMENT OPTIONS   THE DEATH BENEFIT MAY BE VARIABLE OR FIXED UNDER SPECIFIED CONDITIONS   A CURRENT ILLUSTRATION OF BENEFITS, INCLUDING DEATH BENEFITS AND HYPOTHETICAL CASH SURRENDER VALUES, IS AVAILABLE UPON REQUEST | |
| | **REMARKS – IDENTIFY QUESTION AND GIVE DETAILS** | |

AP2001                                                                            Page 4                                                                  15-23217-11  05/2005



| SECTION D | POLICY INFORMATION FOR VARIABLE LIFE INSURANCE (Continued) |
|---|---|
| PREMIUM ALLOCATIONS | 15  Indicate how premiums are to be allocated, until later changed by you or your authorized representative  The total of the percentages must be 100%   Allocation percentages must be whole numbers |

### Pacific Select Funds

| AIM | | Mercury | |
|---|---|---|---|
| Blue Chip | _____ % | Equity Index | _____ % |
| Aggressive Growth | _____ % | Small-Cap Index | _____ % |
| Financial Services | _____ % | **Neuberger Berman** | |
| **Capital Guardian** | | Fasciano Small Equity | _____ % |
| Diversified Research | _____ % | **Oppenheimer** | |
| Equity | _____ % | Multi-Strategy | _____ % |
| **Capital Research** | | Main Street® Core | _____ % |
| American Funds Growth | _____ % | Emerging Markets | _____ % |
| American Funds Growth-Income | _____ % | **PIMCO** | |
| **Columbia Management** | | Inflation Managed | _____ % |
| Technology | _____ % | Managed Bond | _____ % |
| **Goldman Sachs** | | **NFJ** | |
| Short Duration Bond | _____ % | Small-Cap Value | _____ % |
| Concentrated Growth | _____ % | **Pacific Life** | |
| **Janus** | | Money Market | _____ % |
| Growth LT | _____ % | High Yield Bond | _____ % |
| Focused 30 | _____ % | Fixed Account* | _____ % |
| **Jennison Associates** | | Fixed LT Account* | _____ % |
| Health Sciences | _____ % | **Salomon** | |
| **Lazard** | | Large-Cap Value | _____ % |
| Mid-Cap Value | _____ % | **Van Kampen** | |
| International Value | _____ % | Comstock | _____ % |
| **MFS** | | Real Estate | _____ % |
| Capital Opportunities | _____ % | Mid-Cap Growth | _____ % |
| International Large-Cap | _____ % | **Vaughan Nelson** | |
| | | VN Small-Cap Value | _____ % |

### Variable Insurance Trust Funds

| Fidelity® Variable Insurance Products Funds | | T  Rowe Price Equity Series, Inc | |
|---|---|---|---|
| Contrafund® Service Class 2 | _____ % | T  Rowe Price Blue Chip Growth Portfolio – II | _____ % |
| Growth Service Class 2 | _____ % | | |
| Mid Cap Service Class 2 | _____ % | T  Rowe Price Equity Income Portfolio – II | _____ % |
| Value Strategies Service Class 2 | _____ % | | |
| **FAM Variable Series Funds, Inc** | | **Van Eck Worldwide Insurance Trust** | |
| Basic Value V I  Fund Class III | _____ % | Worldwide Hard Assets Fund | _____ % |
| Global Allocation V I  Fund Class III | _____ % | | |

### Other Funds

| Manager | Premium % | Investment Option | Manager | Premium % | Investment Option |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*The Fixed LT Account has less transfer liquidity and may credit a higher current rate of interest than the Fixed Account  Both fixed account options credit a fixed minimum guaranteed interest rate  See the prospectus for details

| SECTION E | POLICY INFORMATION FOR NON-VARIABLE FLEXIBLE PREMIUM LIFE INSURANCE | | |
|---|---|---|---|
| **PRODUCT/PREMIUM** | 1 Product Name  Versa Flex | | 2 Planned Annual Premium  $ 1,022,723 yr 1, 713,076 yr 2+ |
| **DEATH BENEFIT** | 3 Face Amount (Base Only)  $ 15mm | + Initial Term (ART/APB/LSAPB) Amount  $ 5mm | + ABR Amount $ ─── = Total Initial Coverage $ 20mm |
| **DEATH BENEFIT OPTION** | 4 Check one   ☒ Option A (Level)   ☐ Option B (Increasing)   ☐ Option C (Face amount plus premiums less distributions) | | |
| **DIVIDEND OPTION** | 5 Check one   ☐ Cash   ☐ Increase Accumulated Value | | |
| **OPTIONAL BENEFITS** | 6 Individual Life Insurance Products Only  A ☐ Term Rider on Other Covered Person $ _____  B ☐ Accidental Death $ _____  C ☐ Children's Term ____ (units) (Complete Application Part 2. Non-Medical)  D ☐ Disability Benefit $ _____  E ☐ Guaranteed Insurability $ _____  F ☐ Waiver of Charges (On Insured)  G ☐ Owner Waiver of Charges (Complete Application Part 2. Non-Medical)  H ☐ Payor Waiver of Charges (Complete Application Part 2. Non-Medical)  I ☐ Supplemental Insured Term  J ☐ Other _____  K ☐ Other _____ | | 7 Second-to-Die Life Insurance Products Only  A ☐ Individual Term Rider on the Proposed Insured $ _____  B ☐ Individual Term Rider on the Additional Insured $ _____  C ☐ Other _____  D ☐ Other _____  E ☐ Other _____  F ☐ Other _____  G ☐ Other _____ |
| | 8 If any optional benefit applied for cannot be approved, should the policy be issued without it?   ☐ Yes ☐ No | | |
| **SECTION F** | POLICY INFORMATION FOR TERM LIFE INSURANCE | | |
| **PRODUCT/FACE AMOUNT** | 1 Product Name   N/A | | 2 Face Amount $ |
| **OPTIONAL BENEFITS** | 3A ☐ Accidental Death $ _____  B ☐ Premium Waiver (On Insured) | | C ☐ Other _____  D ☐ Other _____ |
| | 4 If any optional benefit applied for cannot be approved, should the policy be issued without it?   ☐ Yes ☐ No | | |
| **SECTION G** | POLICY INFORMATION FOR FIXED PREMIUM LIFE INSURANCE | | |
| **PRODUCT/FACE AMOUNT/ PREMIUM** | 1 Product Name | 2 Face Amount $   N/A | 3 Premium $ |
| **OPTIONAL BENEFITS** | 4A ☐ Accidental Death $ _____  B ☐ AVR/AVP $ _____  C ☐ Term Rider $ _____  D ☐ Guaranteed Insurability $ _____  E ☐ Premium Waiver  F ☐ Increasing Death Benefit | | ☐ Other _____  ☐ Other _____  ☐ Other _____  ☐ Other _____  ☐ Other _____  ☐ Other _____ |
| | 5 If any optional benefit applied for cannot be approved, should the policy be issued without it?   ☐ Yes ☐ No | | |
| **DIVIDEND OPTION** | 6 Check one   ☐ Cash   ☐ Add to Policy Value | | |
| **EXTENDED INSURANCE OPTION** | 7 Automatic Premium Loan   ☐ Yes  ☐ No | | |
| **POLICY LOAN OPTION** | 8 Variable Loan Interest Rate   ☐ Yes  ☐ No | | |
| | REMARKS – IDENTIFY QUESTION AND GIVE DETAILS | | |

N/A

| SECTION H | POLICY INFORMATION FOR AN ADDITIONAL OR ALTERNATE TERM LIFE INSURANCE POLICY | |
|---|---|---|
| (Select One) | Term Life Insurance Policy   ☐ Additional  or  ☐ Alternate | |
| **PRODUCT/FACE AMOUNT/ PREMIUM** | 1   Product Name | 2   Face Amount  $ |
| **OPTIONAL BENEFITS** | 3A. | B |
| | 4   If any optional benefit applied for cannot be approved, should the policy be issued without it?   ☐ Yes   ☐ No | |
| SECTION I | POLICY INFORMATION FOR AN ADDITIONAL OR ALTERNATE FLEXIBLE PREMIUM LIFE INSURANCE POLICY | |
| (SELECT ONE) | VARIABLE FLEXIBLE PREMIUM LIFE INSURANCE POLICY   ☐ ADDITIONAL   OR   ☐ ALTERNATE  NON-VARIABLE FLEXIBLE PREMIUM LIFE INSURANCE POLICY   ☐ ADDITIONAL   OR   ☐ ALTERNATE | |
| **PRODUCT/PREMIUM** | 1   Product Name | 2   Planned Annual Premium  $ |
| **DEATH BENEFIT** | 3   Face Amount (Base Only)   +   Initial Term (ART/APB/LSAPB) Amount  +   ABR Amount   =   Total Initial Coverage  $                                    $                                                        $                            $ | |
| **DEATH BENEFIT OPTION** | 4   Check one   ☐ Option A (Level)   ☐ Option B (Increasing)   ☐ Option C (Face amount plus premiums less distributions)   ☐ Option D (Face amount times the death benefit factor) | |
| **DIVIDEND OPTION** | 5   Check one   ☐ Cash   ☐ Increase Accumulated Value | |
| **OPTIONAL BENEFITS** | 6A. | B |
| | C | D |
| | 7   If any optional benefit applied for cannot be approved, should the policy be issued without it?   ☐ Yes ☐ No | |
| | REMARKS – IDENTIFY QUESTION AND GIVE DETAILS | |

N/A

| SECTION I | POLICY INFORMATION FOR AN ADDITIONAL OR ALTERNATE FLEXIBLE PREMIUM LIFE INSURANCE POLICY |
|---|---|
| **PREMIUM ALLOCATIONS** Complete if applying for Flexible Premium Variable Life Insurance Policy | 8. Indicate how premiums are to be allocated, until later changed by you or your authorized representative. The total of the percentages must be 100%. Allocation percentages must be whole numbers. |

### Pacific Select Funds

| AIM | | Mercury | |
|---|---|---|---|
| Blue Chip | _____% | Equity Index | _____% |
| Aggressive Growth | _____% | Small-Cap Index | _____% |
| Financial Services | _____% | **Neuberger Berman** | |
| **Capital Guardian** | | Fasciano Small Equity | _____% |
| Diversified Research | _____% | **Oppenheimer** | |
| Equity | _____% | Multi-Strategy | _____% |
| **Capital Research** | | Main Street® Core | _____% |
| American Funds Growth | _____% | Emerging Markets | _____% |
| American Funds Growth-Income | _____% | **PIMCO** | |
| **Columbia Management** | | Inflation Managed | _____% |
| Technology | _____% | Managed Bond | _____% |
| **Goldman Sachs** | | **NFJ** | |
| Short Duration Bond | _____% | Small-Cap Value | _____% |
| Concentrated Growth | _____% | **Pacific Life** | |
| **Janus** | | Money Market | _____% |
| Growth LT | _____% | High Yield Bond | _____% |
| Focused 30 | _____% | Fixed Account* | _____% |
| **Jennison Associates** | | Fixed LT Account* | _____% |
| Health Sciences | _____% | **Salomon** | |
| **Lazard** | | Large-Cap Value | _____% |
| Mid-Cap Value | _____% | **Van Kampen** | |
| International Value | _____% | Comstock | _____% |
| **MFS** | | Real Estate | _____% |
| Capital Opportunities | _____% | Mid-Cap Growth | _____% |
| International Large-Cap | _____% | **Vaughan Nelson** | |
| | | VN Small-Cap Value | _____% |

### Variable Insurance Trust Funds

| Fidelity® Variable Insurance Products Funds | | T. Rowe Price Equity Series, Inc. | |
|---|---|---|---|
| Contrafund® Service Class 2 | _____% | T. Rowe Price Blue Chip Growth Portfolio – II | _____% |
| Growth Service Class 2 | _____% | | |
| Mid Cap Service Class 2 | _____% | T. Rowe Price Equity Income Portfolio – II | _____% |
| Value Strategies Service Class 2 | _____% | | |
| **FAM Variable Series Funds, Inc** | | **Van Eck Worldwide Insurance Trust** | |
| Basic Value V I Fund Class III | _____% | Worldwide Hard Assets Fund | _____% |
| Global Allocation V I Fund Class III | _____% | | |

### Other Funds

| Manager | Premium % | Investment Option | Manager | Premium % | Investment Option |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

*The Fixed LT Account has less transfer liquidity and may credit a higher current rate of interest than the Fixed Account. Both fixed account options credit a fixed minimum guaranteed interest rate. See the prospectus for details.

**NOTE:** IF APPLYING FOR AN ADDITIONAL OR ALTERNATE VARIABLE FLEXIBLE PREMIUM LIFE INSURANCE POLICY THE ACKNOWLEDGEMENT ON PAGE 4, SECTION D, ALSO APPLIES TO THIS POLICY.

| SECTION J | CERTIFICATION OF OWNER'S TAXPAYER ID AND APPLICANT'S DECLARATIONS |
|---|---|
| **CERTIFICATION OF OWNER'S TAXPAYER IDENTIFICATION #** | Under penalty of perjury, I certify that:<br>1  The number shown in this application as my social security number or taxpayer identification number is correct; and<br>2  I am not subject to backup withholding under Section 3406(a)(1)(c) of the Internal Revenue Code<br>3  I am a U S person (including a U S resident alien)<br>(If statement 2 or 3 is false, strike out and initial)<br>**This certification is required by the Internal Revenue Service before any taxable distribution can be made** |
| **DECLARATIONS** | The answers provided in this application are true and complete to the best of my knowledge and belief  I understand and agree that:<br>1  Except as provided in the terms or conditions of any Temporary Insurance Agreement (TIA) that I may have received in connection with this application, coverage will take effect when the policy is delivered and the entire first premium is paid only if at that time the Proposed Insured(s) is alive, and all answers in this application that are material to the risk are still true and complete<br>2  If I have given money with the application and received a TIA and if the coverage amount of the application exceeds the TIA coverage limits, I understand that if the Proposed Insured(s) die(s) before a policy is delivered, the death benefit will be limited to the TIA coverage limit<br>3  I must inform the Producer or Pacific Life Insurance Company (PL) in writing of any changes in the health of any Proposed Insured(s) or if any of the statements or answers on this application change prior to delivery of the policy<br>4  My statements and answers in this application must continue to be true as of the date I receive the policy<br>5  No Producer is authorized to make or modify contracts or insurance policies on PL's behalf<br>6  No Producer may alter the terms of this application  the TIA  or the policy, nor can the Producer waive any of PL s rights or requirements<br>7  I believe that the policy(ies) applied for will meet my insurance needs and financial objectives<br>8  (NOT APPLICABLE IN WEST VIRGINIA ) Acceptance of a life insurance policy will be ratification of any administrative change with respect to such policy made by PL as indicated under the title "Home Office Endorsements," where permitted by state law  All other changes made to the application or policy by PL will be indicated on an "Application Amendment Form" that must be signed by the Owner, prior to or at the time of delivery of this policy |

Any person who knowingly  and with intent to injure  defraud, or deceive any insurance company, files a statement of claim or provides false, incomplete, or misleading information as part of the information provided to obtain coverage commits a fraudulent act, which is a crime and may be subject to criminal and civil penalties

**Signed and Dated by the Applicant in**

_Wilmington_  _DE_  _12/12/05_
City  State  Month/Day/Year

**SIGNATURE OF APPLICANT**

X _Michele Citano_  Michele C  Harra
Applicant*  _Wilmington Trust Company, Trustee_  Financial Services Officer

**SIGNATURE OF PROPOSED INSURED(S) – IF OTHER THAN THE APPLICANT (OR PARENT IF PROPOSED INSURED IS UNDER AGE 16)**

X _Juditth Neeser_
Proposed Insured

X _____
**Proposed Additional Insured** (if applicable)

**SIGNATURE OF OWNER – IF OTHER THAN THE APPLICANT OR THE PROPOSED INSURED**

X _Michell C Hano_  Michele C  Harra
Owner*  _Wilmington Trust Company, Trustee_  Financial Services Officer

*If a Corporation, the signature and title of any authorized officer other than the Proposed Insured(s) is required and the full name of the corporation must be shown  If a Trust, the signature of the Trustee

**PRODUCER'S CERTIFICATION**

I certify that I have truly and accurately recorded hereon the information supplied

X _Lindsay Spalding Jagolinzer_  _Lindsay Spalding Jagolinzer_
Signature of Soliciting Producer  Print Soliciting Producer's Name

AP2001  Page 9  15-23217-11 05/2005



This Page is Intentionally Left Blank

AUTH

**PACIFIC LIFE INSURANCE COMPANY**
Life Insurance Operations Center
P O Box 6390   Newport Beach  CA 92658-6390
(800) 347 7787



| SECTION K | AUTHORIZATION OF THE PROPOSED INSURED(S) TO OBTAIN INFORMATION |
|---|---|
| Complete for all applications | I authorize any physician, health care professional, medical practitioner, other health care provider, hospital, clinic, laboratory, pharmacy, medical facility, other medical or medically related facility, insurance company, health plan, the Medical Information Bureau, Inc , consumer reporting agency, state motor vehicle agency, or employer to release to Pacific Life Insurance Company ("PL") its subsidiaries, reinsurers, agents, employees and representatives, any information they may have in their possession or under their control as to the diagnosis, treatment, prognosis of any physical or mental condition, human immunodeficiency virus (HIV) infection, sexually transmitted diseases, treatment of mental illness, and the use of tobacco, and any non-medical information, including finances, avocations, occupation, foreign travel, and driving record for me and any minor children who are to be insured  Although Federal Regulation protects information related to drug or alcohol abuse from disclosure, I give permission to collect this information for those purposes described in the Disclosure Notice |

This authorization is not affected or limited by any prior agreements I may have made with any of the above persons or entities to restrict the release of such information, and I instruct them to release and disclose all such information without restriction

I understand that the reason for releasing such information under this authorization is to determine eligibility for insurance and that such information will not be released to any person or organization except reinsurer, the Medical Information Bureau, Inc , and other persons or organizations performing business or legal services in connection with my application, or as may be otherwise required by law, or as I may further authorize  I understand that I may revoke this authorization at any time by sending a written revocation request to PL at   P O Box 6390, Newport Beach, CA 92658-6390  Such a revocation will not affect any action taken or information released prior to the revocation, and will not affect any legal right PL has to contest an insurance policy/certificate, or to contest a claim under an insurance policy/certificate  I understand that if I revoke this authorization, PL may not be able to process my application, and may not be able to make any benefit payments due under any existing policy, certificate, or other binding agreement  I also acknowledge receipt of the Disclosure Notice

This authorization shall remain in force for 30 months after the date of my signature below, and a copy of this authorization is as valid as the original  I understand that once any such health-related information is released pursuant to this authorization, that information may be redisclosed and will no longer be covered or protected by the HIPAA rules governing privacy and confidentiality of health information

I acknowledge that I have received a copy of this authorization

**Signed and Dated by the Proposed Insured(s)**

_Miami, FL_        _FL_        _12/12/05_
City                State        Month/Day/Year

_Judith    A    Weiser_
**Proposed Insured's Name   First        MI        Last** (print)

X _Judith a Weiser_
**Signature of Proposed Insured** (or parent/guardian if under age 16)

_____
**Proposed Additional Insured's Name   First        MI        Last** (if applicable  print)

X _____
**Signature of Proposed Additional Insured** (or parent/guardian if under age 16)

| SECTION M | PRODUCER INFORMATION | | |
|---|---|---|---|
| **PRODUCER REPORT** Complete for all applications | To be answered by the soliciting Producer | YES | NO |
| | 1  Have you personally asked all applicable questions in this application? (If no, explain in "Remarks") | ☒ | ☐ |
| | 2  Are you aware of any information not given in the application that might affect the insurability of the Proposed Insured(s)?  (If yes, explain in "Remarks") | ☐ | ☒ |
| | 3  Did the Proposed Insured/Additional Insured change his/her name during the past 5 years? (If yes, give former name(s) in "Remarks.") | ☐ | ☒ |
| | 4  To the best of your knowledge, is this life insurance intended to replace, or will it cause a change in, or involve a loan from any life insurance or annuity on any Proposed Insured's life or in any life insurance or annuity owned by the Applicant?  (If yes, give details in "Remarks") | ☐ | ☒ |
| | 5  Is application submitted on a  ☒ Medical Basis?   ☐ Guaranteed Issue Basis?  ☐ Non-Medical Basis?   ☐ Guaranteed to Issue Basis? 6  What type of case is this application?  ☐ Multilife  ☐ Multilife Add On   ☒ Individual Life  ☐ Small Group (More than 1 and less than 10 lives with a common applicant and/or owner) | | |
| | 7  Check appropriate items that have been ordered  ☒ Medical Exam   ☐ H O  Specimen  ☐ Paramedical Exam   ☒ Inspection Report  ☒ EKG   ☐ APS _____  ☒ Blood Profile | | |
| | 8  If this policy is used to fund a tax-qualified plan, indicate type   N/A  ☐ Pension/Profit Sharing   ☐ HR 10   ☐ Other (Explain In "Remarks") | | |
| **BUSINESS INSURANCE** Complete if applying for business insurance  N/A | 1  This life insurance policy is being purchased in conjunction with a   N/A  A ☐ Buy/Sell   D ☐ Split Dollar  B ☐ Employee Fringe Benefit   E ☐ Key Employee  C ☐ Deferred Compensation   F ☐ Other (Explain in "Remarks") | | |

| G  Name of Principal Officers, Partners, or Key Employees | Position | % of Business Owned | Amount of Insurance Owned by Business |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| H  What is the current value of the business? | $ | |
|---|---|---|
| I  What was the annual net profit (before taxes) of business? | Last Year  $ | 2 Years Ago  $ |
| J  Are other officers, partners, or key employees proportionately insured?  ☐ Yes   ☐ No (If no. explain in  Remarks ) | | |

| **JUVENILE INSURANCE** Complete if the Proposed Insured is under age 16  N/A | 1  Did you personally observe the Proposed Insured?   ☐ Yes   ☐ No (If no  explain in "Remarks ) |
|---|---|
| | 2  Are the Proposed Insured's brothers and sisters insured for equal amounts?   ☐ Yes   ☐ No (If no  explain in  Remarks ) |
| | 3A. Name of Person on whom Proposed Insured depends for support.   B  Relationship to Insured |
| | C  Estimated annual income  $   D  Estimated net worth  $   E  Estimated amount of life insurance  $ |
| | 4A. Name of Applicant   B  Relationship to Insured |
| | C  Purpose of Insurance   D  Amount of life insurance in force  $ |

| SECTION N | PRODUCER CERTIFICATION | | |
|---|---|---|---|
| Complete for all applications. | I certify that to the best of my knowledge and belief | YES | NO |
| | A. I have presented to the Company all pertinent facts and have correctly and completely recorded all required answers | ☑ | ☐ |
| | B. I have given the Proposed Insured(s) (or Parent for Juvenile insurance) a copy of the Disclosure Notice, and any other disclosure notice or statement required by state or federal law | ☑ | ☐ |
| | C. I have fully explained the terms and conditions of the Temporary Insurance Agreement to the Proposed Insured(s) (or Owner) and have given it to him/her (them)   N/A | ☐ | ☐ |
| | D. I have complied with state and federal laws on cost comparison, illustration, and replacement | ☑ | ☐ |

I certify that I have reviewed this application, and have determined that its proposed purchase is at least as suitable as required under state law. If the policy applied for is a variable life insurance policy, I further certify that I have conducted the appropriate suitability review with my broker-dealer. I certify that I am appropriately state licensed and appointed in all jurisdictions in which sales activity (including solicitation, obtaining application signatures, and policy delivery) related to this application has taken, or will take place

**Signature(s) Of Soliciting Producer(s)   Pay Commission as Indicated Below**

X _Lindsay Spalding_     X _____

***Select Commission Payout Schedule A, B or C**  A & C are not available on all products. If no choice is indicated, commission schedule B will be applied (except for Pacific Select Performer 500 for which commission schedule A will apply) to all broker dealers unless your broker dealer has pre-selected a payout option. Please verify with your broker dealer

**First Name Listed Below Will Be The Servicing Producer**

| PRODUCER'S INFORMATION If more than 3 producers, use "Remarks" section below | PRODUCER 1 – (Servicing Producer) | | | |
|---|---|---|---|---|
| | Name  First  MI  Last  Lindsay  Spalding-Jagolinzer | | | Telephone Number (include area code) |
| | E-Mail Address  lspalding@sfgnet.com | | | Fax Number (include area code) |
| | RLO or PL Servicing Office # | Producer Code | Comm % 50 | Comm Payout Choice* |
| | **PRODUCER 2** | | | |
| | Name  First  MI  Last  COG Financial / Debra Hoag | | | Telephone Number (include area code) |
| | E-Mail Address  dhoag@gentrypartners.com | | | Fax Number (include area code) |
| | RLO or PL Servicing Office # | Producer Code | Comm % 50 | Comm Payout Choice* |
| | **PRODUCER 3** | | | |
| | Name  First  MI  Last | | | Telephone Number (include area code) |
| | E-Mail Address | | | Fax Number (include area code) |
| | RLO or PL Servicing Office # | Producer Code | Comm % | Comm Payout Choice* |

Broker Dealer Name _____

| REMARKS – IDENTIFY QUESTION AND GIVE DETAILS |
|---|
| |