# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Pacific Life Insurance Company,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, as Securities Intermediary,<br><br>            Defendant. | Case No. 1:23-cv-20262-BB |

## [PROPOSED] ORDER DENYING MOTION TO DISMISS

**AND NOW** upon consideration of Defendant U.S. Bank, N.A. ("U.S. Bank")'s Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction (the "Motion"), and consideration upon all associated briefing, it is hereby **ORDERED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**